# United States Court of Appeals
## For the First Circuit

No. 07-1352

JOSE ROBERTO DUARTE LOPES,

Petitioner,

v.

PETER D. KEISLER, ACTING ATTORNEY GENERAL,

Respondent.

ERRATA SHEET

The opinion of this Court issued on October 26, 2007 is amended as follows:

On the cover page, substitute "PETITION FOR A REVIEW OF" for "PETITION FROM".

On page 2, substitute "Board" for "Bureau" at line 2.